*James M. Ralls*, assistant state's attorney, in support of the petition.

*Averum J. Sprecher*, in opposition.

Decided November 21, 2002

---

### JOHN FITZPATRICK ET AL. *v.* HALL-BROOKE FOUNDATION, INC.

PALMER and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Thomas J. Weihing*, in support of the petition.

*Robert F. Kappes*, in opposition.

Decided November 21, 2002

---

### STATE OF CONNECTICUT *v.* KEVIN J. WICKES

*Richard S. Cramer*, in support of the petition.

Decided November 21, 2002

---

### GENE S. JONES *v.* ALEX C. KRAMER